**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Eastpointe, MI Code of Ordinances, Chapter III |
| B. | August 23, 2022, Macomb Daily Article, *Judge considers Eastpointe mayor's request for PPO against councilman* |
| C. | Macomb County Circuit Court Opinion & Order on Mayor Owens's Protective Order Request |
| D. | September 6, 2022, Eastpointe City Council Meeting Video. Exhibit D is filed electronically as a media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c). |
| E. | September 6, 2022, Eastpointe City Council Meeting Agenda |
| F. | Local 4 News Segment, Interview with Mayor Owens. Exhibit F is filed electronically as a media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c). |
| G. | March 22, 2022, Eastpointe City Council Meeting Video. Exhibit G is filed electronically as a media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c). |
| H. | March 1, 2022, Eastpointe City Council Meeting Video. Exhibit H is filed electronically as a media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c). |

2

| | |
|---|---|
| I. | April 19, 2022, Eastpointe City Council Meeting Video. Exhibit I is filed electronically as a media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c). |