*Hall-Rayford* et al. *v. Owens* et al.,

# Exhibit E to Plaintiffs' Verified Complaint for Civil Rights Violations



**Eastpointe City Council**
City of Eastpointe, Michigan

# City Council Regular Meeting

City of Eastpointe, Macomb County, Michigan

**TUESDAY, SEPTEMBER 6, 2022**

Convening at **7:00 PM** | City Hall: 23200 Gratiot Avenue

# AGENDA

**Invocation**

**Pledge Allegiance**

I.   **ROLL CALL**

II.  **APPROVAL OF AGENDA**

III. **HEARING OF THE PUBLIC**

IV.  **APPROVAL OF MINUTES**
  A.   Regular Meeting Minutes - August 16, 2022
  B.   Special Meeting Minutes - August 19, 2022

V.   **SCHEDULED HEARINGS**

VI.  **UNFINISHED BUSINESS**

VII. **REPORTS FROM ADMINISTRATION**



# Eastpointe City Council
### City of Eastpointe, Michigan

       A.       City Manager's Report - Mariah Walton

       B.       Finance Director's Report - Randy Blum

       C.       City Attorney's Report - Richard Albright

**VIII.**    **NEW BUSINESS**

       A.       Appointment to the Planning Commission

       B.       Receive and File City Manager Review

       C.       Bella Touch Massage Therapy Business License Application - 16583 Ten Mile Road

**IX.**    **PAYROLLS AND BILLS**

       A.       Payrolls and Bills

**X.**    **HEARING OF THE PUBLIC**

**XI.**    **MAYOR AND/OR COUNCIL REPORTS**

**XII.**    **ADJOURNMENT**

**NOTICE:** The City reserves the right to hold a virtual meeting, should the State of Michigan authorize an extension of the ability for municipalities to meet remotely. **Only if such authorization is granted, the City Council will meet remotely**. Otherwise, the meeting will be held at City Hall in the Council Chambers.

To join the virtual meeting, please click the following link: https://zoom.us/join Meeting ID: 414 456 0744 or https://zoom.us/j/4144560744. A user may have to download the Zoom app to their device to log into the meeting. To access the meeting by phone, dial +1 312 626 6799.

The Eastpointe City Council has adopted the Sturgis Standard Code of Parliamentary Procedure as its rules in conducting its meetings. All persons attending a City Council meeting shall have a reasonable opportunity to be heard during the two hearings of the public (one hearing of the public during special meetings) on any matter within Council's jurisdiction. A person shall not speak unless recognized by the Mayor. A person who has been recognized to speak shall come to the podium, state their name and address for the record, and shall direct their comments to

Municipal Offices · 23200 Gratiot Avenue · City of Eastpointe, Michigan 48021 · (586) 445-3661 · eastpointemi.gov



# Eastpointe City Council
## City of Eastpointe, Michigan

the Council as a body, not to an individual member of Council or the public. The speaker shall not speak for more than three minutes. A wireless microphone is available to those speakers who cannot walk or stand so that they can address the Council from their seat when recognized to do so. When the Mayor determines that there are no other members of the public wishing to speak during a hearing of the public, the Mayor will close the hearing, after which time only the City Council may engage in discussion on matters coming before the Council without interruption from the public. The Chief of Police or his designee shall attend any regular or special meeting of Council to enforce the preservation of order when requested to do so. State law prohibits a person from disrupting a public meeting, and a person may be removed from a meeting for a breach of the peace committed at the meeting (Michigan Open Meetings Act).

The City of Eastpointe will provide necessary reasonable auxiliary aids and services to individuals with disabilities at the meeting/hearing upon 5 days' prior notice. Individuals with disabilities requiring auxiliary aids or services should contact the City Manager by writing to Eastpointe City Manager, 23200 Gratiot Avenue, Eastpointe, MI 48021; or by call the City Manager's office at (586) 445-3661 ext. 2206.