*Hall-Rayford* et al. *v. Owens* et al.,

# Exhibit F to Plaintiffs' Verified Complaint for Civil Rights Violations

(Filed electronically as media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c)).