*Hall-Rayford* **et al.** *v. Owens* **et al.,**

# Exhibit I to Plaintiffs' Verified Complaint for Civil Rights Violations

(Filed electronically as media file pursuant to Eastern District of Michigan ECF Policies and Procedures Rule 19(c)).