# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| MARY HALL-RAYFORD, KAREN BELTZ, KAREN MOURADJIAN, and CYNTHIA FEDERLE, | Case Number:  _____ |
| *Plaintiffs*,<br>v. | Hon. _____ |
| MONIQUE OWENS, in her individual capacity and official capacity as Mayor of Eastpointe, and CITY OF EASTPOINTE, a political subdivision of the State of Michigan, | **PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD** |
| *Defendants*. | |

Conor T. Fitzpatrick (P78981)
Harrison M. Rosenthal (Pa. Bar No. 332452)
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION
510 Walnut St., Ste. 1250
Philadelphia, PA 19106
(215) 717-3473
conor.fitzpatrick@thefire.org
harrison.rosenthal@thefire.org

*Counsel for Plaintiffs*

Plaintiffs Mary Hall-Rayford, Karen Beltz, Karen Mouradjian, and Cindy

Federle ("Plaintiffs"), through their counsel the Foundation for Individual Rights

and Expression, move under E.D. Mich. ECF Policies and Procedures Rule 19(c) for

leave to file five exhibits via the electronic portal "Media File Upload" in CM/ECF.

1

These videos—exhibits D, F, G, H, and I to Plaintiffs' Verified Complaint—

cannot be converted to PDF because they are video files.

Plaintiffs respectfully request the Court grant their Motion.


Dated: November 9, 2022        Respectfully submitted,

By: /s/ Conor T. Fitzpatrick
    Conor T. Fitzpatrick (P78981)
    Harrison M. Rosenthal (Pa. Bar No. 332452)
    FOUNDATION FOR INDIVIDUAL RIGHTS AND
      EXPRESSION
    510 Walnut St., Ste. 1250
    Philadelphia, PA 19106
    (215) 717-3473
    conor.fitzpatrick@thefire.org
    harrison.rosenthal@thefire.org

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing upon all ECF filing Participants. I further certify that I emailed a copy of the foregoing to Eastpointe's City Attorney and dispatched a process server to personally serve the same on each Defendant.

By: /s/Conor T. Fitzpatrick