UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY HALL-RAYFORD, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MONIQUE OWENS, ET AL., <br><br> Defendants. | 2:22-CV-12714-TGB <br><br><br> ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD |

The Court, having reviewed Plaintiffs' motion (ECF No. 2), GRANTS leave to file exhibits D, F, G, H, and I via the electronic media file portal in CM/ECF.

DATED this 10th day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge