UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Hall-Rayford, et al.,

                Plaintiff(s),

v.                                    Case No. 2:22-cv-12714-TGB-CI
                                                  Hon. Terrence G. Berg

Monique Owens, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

Motion for Preliminary Injunction - #3

IT IS HEREBY ORDERED that Defendants shall file a response to the above document on or before November 30, 2022. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                   s/Terrence G. Berg_____
                                                   Terrence G. Berg
                                                   U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/A Chubb_____
                                                      Case Manager

Dated:  November 23, 2022