UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY HALL-RAYFORD, KAREN
BELTZ, KAREN MOURADJIAN, and
CYNTHIA FEDERLE,

      Plaintiffs,

v.

MONIQUE OWENS, in her individual
capacity and official capacity as Mayor
of Eastpointe, and CITY OF EASTPOINTE,
a political subdivision of the State of Michigan,

      Defendants.

Case No.: 22-cv-12714
Hon. Terrence G. Berg

| CONOR T. FITZPATRICK (P78981) | TIMOTHY S. FERRAND (P39583) |
|---|---|
| HARRISON M. ROSENTHAL (Pa. Bar No. 332452) | Cummings, McClorey, Davis & Acho, PLLC |
| Foundation for Individual Rights and Expression | Attorney for Defendants |
| Attorneys for Plaintiffs | 19176 Hall Road, Suite 220 |
| 510 Walnut Street, Suite 1250 | Clinton Township, MI  48038 |
| Philadelphia, PA 19106 | (586) 228-5600 |
| (215) 717-3473 | tferrand@cmda-law.com |
| Conor.fitzpatrick@thefire.org | |
| Harrison.rosenthal@thefire.org | |

## STIPULATION TO ENTRY OF ORDER REGARDING INJUNCTIVE RELIEF

The parties hereto, by and through their counsel of record, hereby Stipulate and Agree to Entry of the attached Order Regarding Injunctive Relief.

{01706683-1 }

| | |
|---|---|
| <u>/s/ Conor T. Fitzpatrick (w/permission)</u><br>CONOR T. FITZPATRICK (P78981)<br>HARRISON M. ROSENTHAL (Pa. Bar No. 332452)<br>Foundation for Individual Rights and Expression<br>Attorneys for Plaintiffs | <u>/s/ Timothy S. Ferrand</u><br>TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLLC<br>Attorney for Defendants |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY HALL-RAYFORD, KAREN
BELTZ, KAREN MOURADJIAN, and
CYNTHIA FEDERLE,

      Plaintiffs,

v.

MONIQUE OWENS, in her individual
capacity and official capacity as Mayor
of Eastpointe, and CITY OF EASTPOINTE,
a political subdivision of the State of Michigan,

      Defendants.

Case No.: 22-cv-12714
Hon. Terrence G. Berg

| CONOR T. FITZPATRICK (P78981)  <br> HARRISON M. ROSENTHAL (Pa. Bar No. 332452)  <br> Foundation for Individual Rights and Expression  <br> Attorneys for Plaintiffs  <br> 510 Walnut Street, Suite 1250  <br> Philadelphia, PA 19106  <br> (215) 717-3473  <br> Conor.fitzpatrick@thefire.org  <br> Harrison.rosenthal@thefire.org | TIMOTHY S. FERRAND (P39583)  <br> Cummings, McClorey, Davis & Acho, PLLC  <br> Attorney for Defendants  <br> 19176 Hall Road, Suite 220  <br> Clinton Township, MI  48038  <br> (586) 228-5600  <br> tferrand@cmda-law.com |
|---|---|

## ORDER REGARDING INJUNCTIVE RELIEF

This matter having come before the Court on stipulation and agreement, by and between the parties hereto, through their counsel of record.

IT IS HEREBY ORDERED THAT:

During public participation periods at City of Eastpointe City Council meetings, subject to reasonable time, place, and manner restrictions, members of the public may direct and/or express comment, criticism, or praise to and regarding public officials, including but not limited to remarking about:

1. Eastpointe's Mayor and City Council

2. Disputes between Eastpointe's Mayor and City Council members

3. Police matters

4. Other matters of public concern

This Order shall remain in effect until final disposition of this litigation or further order of this Court (or an appellate court).  Plaintiffs are not required to provide security under Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

Date:  December 7, 2022            /s/Terrence G. Berg
                                   Hon. Terrence G. Berg
                                   UNITED STATES DISTRICT JUDGE