# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARY HALL-RAYFORD, KAREN BELTZ, KAREN MOURADJIAN, and CYNTHIA FEDERLE, | Case Number: 2:22-cv-12714 |
| *Plaintiffs*, | Hon. Terrence G. Berg |
| v. | |
| MONIQUE OWENS, in her individual capacity and official capacity as Mayor of Eastpointe, and CITY OF EASTPOINTE, a political subdivision of the State of Michigan, | **NOTICE OF APPEARANCE OF JEFFREY D. ZEMAN** |
| *Defendants*. | |

Jeffrey D. Zeman, having been duly admitted to practice before this Honorable Court on August 30, 2023, hereby enters his appearance in the above case as additional counsel on behalf of Plaintiffs Mary Hall-Rayford, Karen Beltz, Karen Mouradjian, and Cynthia Federle (collectively, "Plaintiffs") and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: September 6, 2023   Respectfully submitted,

        By: /s/ Jeffrey D. Zeman
           Jeffrey D. Zeman (Mich. Bar No. P76610)
           FOUNDATION FOR INDIVIDUAL RIGHTS AND
             EXPRESSION
           510 Walnut St., Ste. 1250
           Philadelphia, PA 19106
           (215) 717-3473
           jeff.zeman@thefire.org

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

By: /s/Jeffrey D. Zeman