UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Hall−Rayford, et al.,

                 Plaintiff(s),

v.                                              Case No. 2:22−cv−12714−TGB−CI
                                                 Hon. Terrence G. Berg

Monique Owens, et al.,

                 Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE: September 21, 2023 at 01:00 PM

    The conference shall be initiated by counsel for plaintiff.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:** Counsel for plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234−2640.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/A Chubb
                                                         Case Manager

Dated: September 18, 2023