UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY HALL-RAYFORD, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MONIQUE OWENS, ET AL., <br><br> Defendants. | 2:22-CV-12714-TGB <br><br><br><br> **NOTICE OF SETTLEMENT CONFERENCE** <br><br><br><br> HONORABLE <br> TERRENCE G. BERG |

You are notified to appear for a Settlement Conference on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **November 21, 2023** | 1:00 PM | **Chambers 251** <br> **231 W. Lafayette Blvd.** <br> **Detroit, MI 48226** |

The parties shall adhere to the following procedures:

A. **All parties with settlement authority are required to be present.** An insured party need not attend unless the settlement decision will be made in part by the insured. When the settlement decision will be made in whole or part by an insurer, the insurer must send a representative in person with

full and complete authority to make settlement decisions. A corporate party must send an authorized representative with full and complete authority to bind the company. A governmental entity must send an authorized representative with full and complete authority to bind the governmental entity. Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

B. **Seven days before the settlement conference, the parties shall submit confidential, ex-parte settlement statements directly to chambers[1]. DO NOT FILE THESE STATEMENTS.** The statements shall be limited to five (5) pages, and shall include the following:

   a. A brief description of the nature of the case;

   b. The parties' perceived strengths and weaknesses of their respective positions;

---

[1] Statements should be submitted via email, addressed to efile_berg@mied.uscourts.gov.

  c. A brief summary of all settlement discussions that have taken place to date, including the history of any offers/counter-offers that have been made;

  d. A statement of why the most recent demand or offer was rejected; and

  e. A realistic statement of what the party requires in order to settle the case.

  f. Counsel may also attach up to five exhibits, which are deemed to be *particularly crucial* to demonstrate the parties' positions.

C. **One attorney for each party should be prepared to give a short summary of their case at the beginning of the settlement conference.** The summary should identify the remaining issues in the case and the evidence that supports the party's position on those issues.

       BY THE COURT:

       /s/Terrence G. Berg
       TERRENCE G. BERG
       United States District Judge

Dated: October 19, 2023