THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY HALL-RAYFORD, KAREN BELTZ, KAREN MOURADJIAN, and CYNTHIA FEDERLE,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MONIQUE OWENS, in her individual capacity and official capacity as Mayor of Eastpointe, and CITY OF EASTPOINTE, a political subdivision of the State of Michigan,<br><br>   *Defendants*. | Case No.: 22-cv-12714<br>Hon. Terrence G. Berg<br><br><br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |
| CONOR T. FITZPATRICK (P78981)<br>JEFFREY D. ZEMAN (P76610)<br>Foundation for Individual Rights and Expression<br>700 Pennsylvania Ave. SE, Ste. 340<br>Washington, D.C. 20003<br>(215) 717-3473<br>conor.fitzpatrick@thefire.org<br>jeff.zeman@thefire.org<br><br>*Counsel for Plaintiffs* | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLLC<br>19176 Hall Road, Suite 220<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br><br><br><br><br>*Counsel for Defendants* |

      Pursuant to the Court's December 7, 2023, Order (ECF No. 24), Plaintiffs Mary Hall-Rayford, Karen Beltz, Karen Mouradjian, and Cynthia Federle, and Defendants Monique Owens and the City of Eastpointe submit this report regarding the status of settlement negotiations.

      On November 21, 2023, with the assistance of the Court, the parties reached a proposed resolution subject to approval of City Council. On December 5, 2023, Eastpointe City Council approved the financial terms of settlement subject to negotiating the details of the non-financial terms of settlement and settlement/release agreement. Plaintiffs sent Defendants draft settlement documents on December 5, 2023. Defendants will respond in writing, then submit the negotiated

documents for City Council approval. The parties seek an additional 30 days to complete this process.

Dated: December 21, 2023

| | |
|---|---|
| By: /s/ Conor T. Fitzpatrick<br>CONOR T. FITZPATRICK (P78981)<br>JEFFREY D. ZEMAN (P76610)<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION<br>700 Pennsylvania Ave. SE, Ste. 340<br>Washington, D.C. 20003<br>(215) 717-3473<br>conor.fitzpatrick@thefire.org<br>jeff.zeman@thefire.org<br><br>*Counsel for Plaintiffs* | By: /s/ Timothy S. Ferrand<br>TIMOTHY S. FERRAND (P39583)<br>CUMMINGS, MCCLOREY, DAVIS & ACHO, PLLC<br>19176 Hall Road, Suite 220<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br><br>*Counsel for Defendants* |