UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Hall–Rayford, et al.,

                    Plaintiff(s),

v.                                         Case No. 2:22–cv–12714–TGB–CI
                                                     Hon. Terrence G. Berg

Monique Owens, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  February 6, 2024 at 09:30 AM

    The conference shall be initiated by Plaintiffs will reach out and have all the parties on the line and then contact the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/T McGovern
                                                                     Case Manager

Dated:  January 25, 2024